# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Grossenbach,<br><br>                Plaintiff,<br><br>v.<br><br>Arizona Board of Regents, et al.,<br><br>                Defendants. | No. CV-25-00477-TUC-JGZ (MAA)<br><br>**ORDER** |

On December 16, 2025, the undersigned learned that the Plaintiff in this case is a US Postal Inspector who has previously worked with and is currently working with the undersigned's spouse, who is an Assistant U.S. Attorney. The undersigned learned this information after the Plaintiff advised the undersigned's spouse earlier that day that he was the plaintiff in a case assigned to this Court.

The undersigned does not know and has no information about the Plaintiff other than that stated above and does not believe that this information presents an actual conflict or the appearance of a conflict. The Court nonetheless provides this information to the parties in the event that either party believes further consideration of these facts is warranted. If so, the party shall immediately file a notice identifying why further consideration is appropriate.

//

//

**IT IS ORDERED THAT** this disclosure is made for the record. Any party who believes that further consideration of these facts is warranted shall immediately file a notice identifying the basis for such consideration.

Dated this 5th day of January, 2026.

_____
Jennifer G. Zipps
Chief United States District Judge